# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ALLEN JENNINGS SR., | ) | |
| | ) | |
| Petitioner, | ) | 8:18CV436 |
| | ) | |
| v. | ) | |
| | ) | |
| STATE OF NEBRASKA, and | ) | ORDER |
| CHARLES WEST, Warden, | ) | |
| Community Corrections Center, | ) | |
| Lincoln, Nebraska, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

IT IS ORDERED that the caption in this case shall be amended to add, as a respondent, Charles West, Warden, Community Corrections Center, Lincoln, Nebraska, and filing nos. 10 and 11 are granted in part and denied in part as herein provided.

DATED this 27th day of September, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge