IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| ALLEN JENNINGS SR., | ) | |
|---|---|---|
| Petitioner, | ) | 8:18CV436 |
| v. | ) | |
| STATE OF NEBRASKA, and CHARLES WEST, Warden, Community Corrections Center, Lincoln, Nebraska, | ) | ORDER |
| Respondents. | ) | |

Because a similar motion was granted (see filing nos. 10, 11 and 14),

IT IS ORDERED that Petitioner's "Request to Leave to Amend" (filing no. 13) is denied.

DATED this 2nd day of October, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge