IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| ALLEN JENNINGS SR., | ) | |
| --- | --- | --- |
| Petitioner, | ) | 8:18CV436 |
| v. | ) | |
| STATE OF NEBRASKA, and CHARLES WEST, Warden, Community Corrections Center, Lincoln, Nebraska, | ) | ORDER |
| Respondents. | ) | |

IT IS ORDERED that Respondents' Motion for Extension of Time (First Request) (Filing no. 17) is granted. Respondent's Motion for Summary Judgment or State Court Records shall be filed on or before December 5, 2018.

DATED this 6th day of November, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge