IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ALLEN JENNINGS SR., | ) | |
| | ) | |
| Petitioner, | ) | 8:18CV436 |
| | ) | |
| v. | ) | |
| | ) | |
| STATE OF NEBRASKA, and | ) | ORDER |
| CHARLES WEST, Warden, | ) | |
| Community Corrections Center, | ) | |
| Lincoln, Nebraska, | ) | |
| | ) | |
| Respondents. | ) | |

IT IS ORDERED that:

(1) Petitioner's Motion to Dismiss Petition Without Prejudice (filing no. 19) is granted.

(2) Respondent's Motion for Extension of Time (Second Request) (filing no. 20) is denied as moot.

DATED this 7th day of December, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge